IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STARNET INSURANCE COMPANY,
a corporation,

    Plaintiff,

v.

JORDAN HARRISON INSURANCE BROKERS, INC., a corporation; and JEFFREY DICKOW, an individual,

    Defendants.

No. C 16-07108 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting default judgment, **FINAL JUDGMENT IS HEREBY ENTERED IN THE AMOUNT OF $148,284.55** in favor of StarNet Insurance Company and against Jordan Harrison Insurance Brokers, Inc., and Jeffrey Dickow. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 27, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE